JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH CZERNEK, individually, on a representative basis, and on behalf of all others similarly situated;<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>K & Z CABINET CO., INC., a California Corporation; and DOES 1 through 20, inclusive;<br><br>　　　　Defendants. | Case No.: CV 24-01582-DMG(AGRx)<br><br>**ORDER RE DISMISSAL OF ACTION [15]** |

Pursuant to the stipulation of the Parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY ORDERED THAT:

1.  Plaintiff's individual claims in the above-captioned action are DISMISSED WITH PREJUDICE;

2.  The putative class action claims in the above-captioned action are DISMISSED WITHOUT PREJUDICE; and

3.  Each party shall bear his or its own attorneys' fees and costs as further specified in the settlement agreement.

DATED: October 4, 2024

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　Chief United States District Judge

ORDER OF DISMISSAL

-1-